UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | ) CAUSE NO. 2:11-cr-00005-JMS/CMM-01 |
| | ) |
| DANIEL L. DELANEY, | ) |
| | ) |
|       Defendant. | ) |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by undersigned counsel, hereby submits to the Court the following list of exhibits the Government intends to offer for its case in chief in the trial in this cause:

1. Various photographs previously provided to the Defendant regarding:

    a.) The crime scene (the cell of the Defendant and the victim) and the related areas of the U.S. Penitentiary;

    b.) The condition of the victim and the treatment of the victim at the penitentiary;

    c.) Items recovered from the person of the victim, the crime scene, and elsewhere in the penitentiary; and

    d.) The autopsy performed on the victim by Dr. Roland M. Kohr.

2. Diagrams of the relevant portions of the penitentiary.

3. Various ligatures and other cloth items recovered from the cell of the Defendant and the victim.

4.      A cane recovered from the cell of the Defendant and the victim.

5.      Pieces of metal appearing to be a homemade weapon recovered from the cell of

the Defendant and the victim.

6.      The death certificate of the victim, Teddy Turic.

7.      The autopsy report of the victim, Teddy Turic.

8.      Certificate of Analysis (Laboratory Report) regarding the presence of the DNA of

the victim on various items.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY

/s/ James M. Warden

By:     James M. Warden
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, a copy of the foregoing Government's Exhibit

List was filed electronically.  Notice of this filing will be sent to the following parties by

operation of the Court's electronic filing system.  Parties may access this filing through the

Court's system.

William H. Dazey, Jr.
Indiana Federal Community Defenders
bill.dazey@fd.org

By:      /s/ James M. Warden
         James M. Warden
         Assistant United States Attorney
         Office of the United States Attorney
         10 W. Market St., Suite 2100
         Indianapolis, Indiana 46204-3048
         Telephone: (317) 226-6333
         Fax: (317) 226-6125
         E-mail: James.Warden2@usdoj.gov