UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 2:11-cr-00005-JMS/CMM-01 ) |
| DANIEL L. DELANEY, | ) ) |
| Defendant. | ) |

## GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST

The United States of America, by undersigned counsel, hereby submits to the Court the following supplemental list of exhibits the Government intends to offer for its case in chief in the trial in this cause:

1. Advise of Rights Waiver Form.

2. SHU Range B Video.

          Respectfully submitted,

          JOSEPH H. HOGSETT
          UNITED STATES ATTORNEY

          /s/ James M. Warden

By:    James M. Warden
       Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2012, a copy of the foregoing Government's Supplemental Exhibit List was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William H. Dazey, Jr.
Indiana Federal Community Defenders
bill.dazey@fd.org

By: /s/ James M. Warden
James M. Warden
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: James.Warden2@usdoj.gov